No. 312, Misc. MERRIFIELD *v.* KENTUCKY. Appeal from the Court of Appeals of Kentucky. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was taken as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. Appellant *pro se. J. D. Buckman, Jr.,* Attorney General of Kentucky, and *Zeb. A. Stewart,* Assistant Attorney General, for appellee.

No. 327, Misc. SENTNER ET AL. *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit. *Per Curiam:* The motion for leave to proceed in forma pauperis and the petition for writ of certiorari are granted. The order of the Court of Appeals insofar as it denies petitioners leave to proceed in forma pauperis is reversed and the case is remanded to that court for further proceedings. *Adkins* v. *DuPont Co.,* 335 U. S. 331. *Sydney L. Berger* for Sentner, petitioner. *Solicitor General Soboloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 299, Misc. BLACKWELL *v.* RAGEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.